KIMBERLY A. SANCHEZ
Acting United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW DANE BILLINGSLEY,<br><br>Defendant. | CASE NO. 1:25-CR-00140-JLT-SKO<br><br>STIPULATION SETTING ARRAIGNMENT ON INFORMATION AND CHANGE OF PLEA HEARING; ORDER |

United States of America, by and through its counsel of record, and defendant Matthew Dane Billingsley ("the defendant"), by and through the defendant's counsel of record, hereby stipulate as follows:

1. The parties have reached a plea agreement to resolve this case. ECF 2. The defendant has agreed to waive his right to prosecution by Indictment. The case will proceed by Information. ECF 1.

2. The parties agree that the case can be set for an arraignment on the Information and change of plea on August 4, 2025, at 9:00 a.m. The parties conferred with the courtroom deputy about this date, and she indicated the Court is available.

3. To the extent that any of the deadlines under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, apply, the parties agree to extend those deadlines through August 4, 2025, in the interests of justice, including the need for defense preparation and continuity of defenese counsel. The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the

defendant to a speedy trial.

IT IS SO STIPULATED.

Dated: July 21, 2025

KIMBERLY A. SANCHEZ
Acting United States Attorney

/s/ BRITTANY M. GUNTER
BRITTANY M. GUNTER
Assistant United States Attorney

Dated: July 21, 2025

/s/ DANIEL BACON
DANIEL BACON
Attorney for Defendant

## ORDER

IT IS ORDERED THAT this case is set for an arraignment on the Information and for a change of plea on August 4, 2025, at 9:00 a.m., before the Honorable Jennifer L. Thurston. To the extent that the deadlines set by the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*., apply, those deadlines are extended through August 4, 2025, for defense preparation and continuity of defense counsel.

IT IS SO ORDERED.

Dated: July 21, 2025

THE HONORABLE JENNIFER L. THURSTON
UNITED STATES DISTRICT COURT JUDGE