DANIEL A. BACON, ESQ., C.S.B.N. 65099
ATTORNEY AT LAW
2445 CAPITOL STREET, SUITE 150
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 412-4420
EMAIL: DBACONLAW@AOL.COM

ATTORNEY FOR DEFENDANT: MATTHEW DANE BILLINGSLEY

FILED
JAN 05 2026
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISCTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW DANE BILLINGSLY,<br><br>Defendant. | Case No.: 1:25 cr-00140-JLT-SKO<br><br>DEFENDANT MATTHEW DANE BILLINGSLEY'S WAIVER OF PERSONAL PRESENCE [Federal Rule of Criminal Procedure 432b] |

I, Matthew Dane Billingsley, the defendant in the above-captioned case, hereby voluntarily, knowingly and intelligently waive my right to be personally present at the following proceedings as permitted by Federal Rule of Criminal Procedure 432b: arraignment, status conference, trial, plea, sentencing and restitution hearing.

I understand that by waiving my right to be present, the proceedings will continue in my absence, and I will be bound by decisions made during these proceedings as if I were present.

I acknowledge that I have discussed this waiver with my attorney, Daniel A. Bacon, and I fully understand the implications of my waiving my right to be present. I am making this waiver voluntarily and without any coercion or undue influence.

Dated: January 02, 2026

_____
Matthew Dane Billingsley,
4727 N. Wishon Avenue
Fresno, California 93704

Dated: January 02, 2026

_____
Daniel A. Bacon, Esq.

## COURT APPROVAL AND ORDER

The court hereby approves the defendant's waiver of personal presence for the specified proceedings.

DATED: 1/5/2026

JENNIFER L. THURSTON,
UNITED STATES MAGISTRAGE JUDGE