1  ERIC GRANT
   United States Attorney
2  BRITTANY M. GUNTER
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                  IN THE UNITED STATES DISTRICT COURT
9
                     EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,         | CASE NO. 1:25-CR-00140-JLT-SKO
12 |                        Plaintiff, |
13 |            v.                     | [~~PROPOSED~~] ORDER REGARDING RESTITUTION
14 | MATTHEW DANE BILLINGSLEY,         |
15 |                        Defendant. |

16
        IT IS ORDERED that, in accordance with 18 U.S.C. § 3663(A)(c)(1)(A)(ii) and the defendant's
17
   plea agreement (ECF 2), the defendant, Matthew Dane Billingsley, shall pay restitution to the following
18
   victims, for the reasons stated in the Pretrial Services Report ("PSR") and the attachments thereto (ECF
19
   11), the government's sentencing memorandum and the attachments thereto (ECF 14), and the parties
20
   stipulation regarding restitution (ECF 20):
21
        a)   B.Y. – $100,000
22
        b)   C.C. – $320,000
23
        c)   D.S.1. – $1,341,370.25
24
        d)   D.S.2 – $300,000
25
        e)   D.D.S. – $50,000
26
        f)   D.S.3 – $75,000
27
        g)   D.M. – $659,315
28
        h)   Entity F.I. (made up of victim individuals F.G. and A.M.) – $1,317,000

[PROPOSED] ORDER REGARDING RESTITUTION                    1

    i)  J.D. – $273,591

    j)  M.P. – $461,178.02

    k)  N.S. – $1,000,000

    l)  Entity P.V.B. – $5,000,000

    m)  S.G. – $659,315

    n)  T.S. – $1,315,000

 The total amount of restitution to be paid by the defendant is $12,871,769.27.

IT IS SO ORDERED.

 Dated:  **January 5, 2026**

UNITED STATES DISTRICT JUDGE